AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

BRYAN K. LUGO,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:25-cv-00300

US BANK TRUST NATIONAL ASSOC.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered April 2, 2026,  Defendant's Motion to Remand is granted.

This case is remanded  to the Superior Court of Columbia County, Georgia, case number

2025ECV0695  This case stands closed.



| | |
|---|---|
| 4/2/2026 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Ann Duke, Deputy Clerk* |

GAS Rev 10/2020